IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| R2 SOLUTIONS LLC | § | |
| V | § | NO. 4:21-CV-945-ALM |
| | | JURY |
| REDFIN CORPORATION | § | |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

I.

Defendant Redfin Corporation ("Redfin"), without waiving any defenses described or referred to in Rule 12 of the Federal Rules of Civil Procedure, moves the Court to extend the time within which Redfin is required to move, answer, or otherwise respond to Plaintiff's Complaint to April 1, 2022.

II.

Counsel for Plaintiff is unopposed to this request.

III.

On November 29, 2021, Plaintiff filed its Original Complaint for Patent Infringement. Defendant Redfin's current deadline to move, answer, or otherwise respond to Plaintiff's Original Complaint is March 15, 2022.  The parties have conferred and Plaintiff has agreed to an extension for Redfin's deadline to move, answer or otherwise respond to its Original Complaint up to and including April 1, 2022.

IV.

Defendant Redfin seeks this extension of time not for delay, but for good cause so that justice may be served.

WHEREFORE, Defendant Redfin respectfully requests that the time to move, answer, or otherwise respond to Plaintiff's Complaint be extended to and including April 1, 2022.

Respectfully submitted,

/s/ Deron R. Dacus
Deron R. Dacus
State Bar No.  00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone/Fax: (903) 705-1117
ddacus@dacusfirm.com

### CERTIFICATE OF SERVICE

The undersigned certifies that on this 10th day of March, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5. Any other counsel of record will be served by a facsimile transmission and/or first class mail.

/s/ Deron R. Dacus
Deron R. Dacus

### CERTIFICATE OF CONFERENCE

The undersigned certifies that Defendant's counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that the foregoing motion is unopposed

/s/ Deron R. Dacus
Deron R. Dacus